National Builders Bank of Chicago, Administrator of Estate of Gustav Gabrielson, Deceased, Appellant, v. Walter J. Cummings et al., Trading as Chicago Surface Lines, Appellees.

Gen. No. 42,013.

Heard in second division, first district, this court at October term, 1941; opinion filed June 19, 1942. Harry

George, for appellant; Frank L. Kriete, Charles E. Green and Arthur J. Donovan, for appellees; John R. Guilliams, of counsel. Opinion by JUSTICE FRIEND. ''Not to be published in full.''